**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**NIZAM UDDIN**                                              **CIVIL ACTION NO. 26-0722**

                                                            **SECTION P**

**VS.**

                                                            **JUDGE DAVID C. JOSEPH**

**WARDEN WINN CORRECTIONAL**              **MAG. JUDGE KAYLA D. MCCLUSKY**
**CENTER, ET AL.**

## ORDER

Petitioner Nizam Uddin, a detainee in the custody of the Department of Homeland

Security and the Bureau of Immigration and Customs Enforcement proceeding pro se, petitions

for a writ of habeas corpus under 28 U.S.C. § 2241.

**THE CLERK OF COURT IS INSTRUCTED** to email a copy of this Order to the Civil

Chief of the United States Attorney's Office for the Western District of Louisiana and grant her

access to the pleadings.

**IT IS ORDERED** that Respondents file a response to the Petition within **21 days** of the

date of this Order, or service of the Petition on the United States Attorney for the Western

District of Louisiana, whichever is later.

**IT IS FURTHER ORDERED** that Petitioner shall have **7 days** following the filing of

Respondents' response to file a reply.

When the record is complete, the Court will determine the necessity of an evidentiary

hearing.

In Chambers, Monroe, Louisiana, this 21st day of April, 2026.

Kayla Dye McClusky
United States Magistrate Judge