**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **NIZAM UDDIN** | **CIVIL ACTION NO. 1:26-CV-0722 SECTION P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WARDEN WINN CORRECTIONAL CENTER ET AL** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

The REPORT AND RECOMMENDATION [Doc. 19] of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Nizam Uddin's petition is **DENIED AND DISMISSED WITHOUT PREJUDICE**.

THUS, DONE AND SIGNED in chambers on this 26th day of August 2026.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE